Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Alison L. Gregoire
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 1 9 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTEO ROQUE ROQUE,<br><br>　　　　Defendant. | 2:25-CR-17-TOR<br><br>INDICTMENT<br><br>Vio.: 18 U.S.C. § 1591(a)(1), (b)(1)<br>Attempted Child Sex Trafficking<br>(Count 1)<br><br>18 U.S.C. § 2422(b)<br>Attempted Online Enticement<br>(Count 2)<br><br>18 U.S.C. § 2252A(a)(5)(B)<br>Possession of Child Pornography<br>(Count 3)<br><br>18 U.S.C. § 1594,<br>18 U.S.C. § 2253,<br>18 U.S.C. § 2428<br>Forfeiture Allegations |

　　The Grand Jury charges:

INDICTMENT – 1

### COUNT 1

On or about July 28, 2024, in the Eastern District of Washington, the Defendant, TIMOTEO ROQUE ROQUE, did knowingly, in and affecting interstate and foreign commerce, attempt to entice, obtain, patronize and solicit by any means a person, namely Minor 1, knowing and in reckless disregard of the fact, that Minor 1 had not attained the age of 14 years and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. §1591(a)(1), (b)(1).

### COUNT 2

On or about July 28, 2024, in the Eastern District of Washington, the Defendant, TIMOTEO ROQUE ROQUE, did knowingly use a facility and means of interstate and foreign commerce, namely, the Internet, to persuade, induce, entice, and coerce Minor 1, an individual who had not attained the age of 18 years, to engage in any sexual activity for which a person can be charged with a criminal offense, including WASH. REV. CODE § 9A.44.076, Rape of a Child in the Second Degree and 18 U.S.C. §1591(a)(1), child sex trafficking, and did attempt the same, all in violation of 18 U.S.C. § 2422(b).

### COUNT 3

On or about July 28, 2024, in the Eastern District of Washington, the Defendant, TIMOTEO ROQUE ROQUE, did knowingly possess material which he knew contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), the production of which involved the use of a minor who had not attained 12 years of age engaging in sexually explicit conduct, and which visual depictions were of such conduct that had been mailed, shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and had been mailed, shipped or transported using any means or facility of interstate or foreign commerce, and that was produced using materials

INDICTMENT – 2

that had been mailed, shipped, or transported in or affecting interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C.§ 2252A(a)(5)(B).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 1594, upon conviction of an offense in violation of 18 U.S.C. § 1591, the Defendant, TIMOTEO ROQUE ROQUE, shall forfeit to the United States of America any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offense[s], and any property traceable to such property; and any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense[s], and any property traceable to such property.

Pursuant to 18 U.S.C. § 2428, upon conviction of an offense in violation of 18 U.S.C. § 2422, the Defendant, TIMOTEO ROQUE ROQUE, shall forfeit to the United States of America, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2252A(a)(5)(B), as alleged in this Indictment, the Defendant TIMOTEO ROQUE ROQUE, shall forfeit to the United States of America any visual depiction described in section 2251, 2251A, 2252,

INDICTMENT – 3

2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), and/or 18 U.S.C. § 2253(b).

DATED this 19 day of February 2025.

A TRUE BILL

*Rich Barker*
Richard R. Barker
Acting United States Attorney

*Alison Gregoire*
Alison L. Gregoire
Assistant United States Attorney

INDICTMENT – 4